IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: MARINDA LATRESE TATUM,   CHAPTER 13 CASE
                                NO. 14-33393
    Debtor.

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Approve Compromise or Settlement pursuant 9019(a)

## MOTION TO APPROVE SETTLEMENT

COMES NOW, Steven P. F.oyd, and moves this Honorable Court to approve the settlement of the debtor(s) Marinda Latrese Tatum's Claim, and as grounds for said motion, states as follows:

On or about June 10, 2014, your debtor contends Walter Allen negligently or wantonly drove his vehicle on Boyd Cooper Parkway in Montgomery County Alabama. Said actions proximately caused a motor vehicle accident which involved the Debtor, Marinda Latrese Tatum. Your Debtor has made claim against the carrier of the alleged tortfeasor and the parties have reached a settlement of her claim. A copy of the settlement is attached.

WHEREFORE, the above premises considered, Steven P. Floyd moves this Honorable Court to approve the debtor(s) claim settlement so that Steven P. Floyd may release the proceeds to the Trustee for the benefit of the debtor's unsecured creditors. The undersigned will file a separate application for approval of fees, reimbursement of expenses and payment of outstanding medicals.

Respectfully submitted this 10th day of August, 2015.

s/Steven P. Floyd
Steven P. Floyd (FLO 025)
WILLIS AND FLOYD
P.O. Drawer 1227
Millbrook, AL 36054
P - (334) 285-4488
F - (334) 285-4552
steve@willisandfloyd.com

## CERTIFICATE OF SERVICE

I, Steven P. Floyd, certify that I have served a copy of the foregoing MOTION TO APPROVE SETTLEMENT on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this the 10th day of August, 2015.

s/Steven P. Floyd
Steven P. Floyd

Name and address of Debtor:
**Marinda Latrese Tatum**
2132 Edinburgh Drive
Montgomery AL 36116

Name and address of Debtor Attorney:
**Joshua C. Milam**
566 South Perry Street
Montgomery, Alabama 36104-4616

**Curtis C. Reding**
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

**Teresa R. Jacobs**
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL 36104

# SETTLEMENT DISBURSEMENT
## Marinda Tatum

| | | | |
|---|---|---|---|
| **AMOUNT OF SETTLEMENT** | | $5,000.00 | |
| Funds from Other Sources - Holdbacks, Withheld | | $0.00 | |
| **TOTAL SETTLEMENT / FUNDS AVAILABLE** | | $5,000.00 | **$5,000.00** |
| **MINUS** | | | |
| Attorney's Fees (33 1/3%) | | $1,666.67 | |
| **TOTAL FEES** | | $1,666.67 | **($1,666.67)** |
| Advances from Steve - see tab | | $0.00 | |
| Advances from Guy - see tab | | $0.00 | |
| **TOTAL ADVANCES** | | $0.00 | **$0.00** |
| **EXPENSES** | Quantity | | |
| Expandable File ($2.50 ea) | 1 | $2.50 | |
| Manila Folder (.25 ea) | 9 | $2.25 | |
| File Box ($5.00 ea) | | $0.00 | |
| Copies (.20 ea) | 79 | $15.80 | |
| Postage (Letters @ .48) | 2 | $0.96 | |
| Postage (All other) | | $6.69 | |
| Fax (.75 ea) | 4 | $3.00 | |
| CD & case ($2 ea) | 1 | $2.00 | |
| Medical Records | | $185.60 | |
| Accident Report | | $17.00 | |
| Payment-in-Full Certified Ltr & copies ($7.00 ea) | 2 | $14.00 | |
| **TOTAL EXPENSES** | | $249.80 | **($249.80)** |
| **SUBROGATION** | | | |
| Insurance | | $0.00 | |
| **TOTAL SUBROGATION** | | $0.00 | **$0.00** |
| **OUTSTANDING MEDICALS PAID FROM SETTLEMENT** | | | |
| Baptist Medical Center South orig bal $855.60 filed claim with Bankruptcy | | $0.00 | |
| Team Health orig bal $618.00 filed claim with Bankruptcy | | $0.00 | |
| **MAS** for Montgomery Radiology Assoc. orig bal $34.09 no reduction | | $34.09 | |
| **Mission Square Chiro** orig bal $1,346 reduced 30% to $942.20 | | $942.20 | |
| **TOTAL OUTSTANDING MEDICALS PD FROM SETTLEMENT** | | $976.29 | **($976.29)** |
| **TOTAL AMOUNT TO CLIENT** | | | **$2,107.24** |

Client understands she is responsible for any and all subrogation interest, and outstanding medical expenses which she may be held responsible for due to any medical bills being paid by any source.

Received by:

_____   _____
Marinda Tatum                                                             Date