IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                         CASE NO. 14-33393-DHW

**MARINDA LATRESE TATUM, XXX-XX-9956,**

     **Debtor.**

## TRUSTEE'S OBJECTION TO MOTION TO APPROVE SETTLEMENT

COMES NOW, the Trustee, by and through the undersigned counsel, and in response to the debtor's motion to approve settlement (doc # 31), states as follows:

The debtor's lawsuit attorney, Stephen P. Floyd, filed a motion to approve settlement on August 10, 2015. The cause of action is prepetition. The Trustee has no objection to the attorney fee and expenses being paid so long as the Bankruptcy Administrator recommends it and the Court approves the employment and fees. Mr. Floyd has reduced his fee from 40% to 33 1/3%.

The Trustee objects to the claims of MAS Montgomery Radiology Associates and Mission Square Chiro being paid. These claims are prepetition and should have been listed in the bankruptcy case. The dividend to unsecured creditors would increase from 15% to 20% if these two medicals were not paid from the settlement but are paid as part of the general unsecured claims. These two creditors should not be paid in full if other creditors in this case are not being paid in full.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to approve the settlement and order that no funds be disbursed to MAS Montgomery Radiology Associates and Mission Square Chiro. The creditors may file claims and partake of the pot with other unsecured creditors.

Respectfully submitted this 17th day of August, 2015.

                                                                                CURTIS C. REDING
                                                                                Chapter 13 Trustee

                                             BY:    /s/Sabrina L. McKinney
                                                                      SABRINA L. MCKINNEY
                                                                      Staff Attorney

Office of the Chapter 13 Trustee
P O Box 173
Montgomery, AL  36101-0173
Phone: (334) 262-8371
Fax: (334) 262-8599
mckinneys@ch13mdal.com

**CERTIFICATE OF SERVICE**

    I, Sabrina L. McKinney, hereby certify that I have served copies of the foregoing Trustee's Objection to Motion to Approve Settlement on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this 17th day of August, 2015.

                                        /s/Sabrina L. McKinney
                                        Sabrina L. McKinney

Marinda L. Tatum
2132 Edinburgh Dr
Montgomery, AL 36116

Joshua C. Milam via electronic mail

Steven P. Floyd via electronic mail