UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 14-33393-DHW
                                                     Chapter 13
MARINDA LaTRESE TATUM,
        Debtor.

# ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT

The debtor filed Motion to Approve Settlement Agreement (Doc. #31) based upon an agreement reached with the carrier of the alleged tortfeasor. On September 14, 2015, the court held a hearing on the matter after due notice to the debtor and all creditors. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the settlement agreement is approved subject to the condition that no proceeds be disbursed to MAS Montgomery Radiology Associate and Mission Square Chiro as the claims were pre-petition.

Done this 15th day of September, 2015.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Joshua C. Milam, Attorney for Debtor
    Steven P. Floyd, Special Counsel for Debtor
    Curtis C. Reding, Trustee